UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 1:20-CR-00010-1-JPW |
| JAMES LARNERD, | ORDER APPOINTING COUNSEL |
| Defendant. | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

IT IS ORDERED that William A. Fetterhoff is hereby appointed to represent Defendant, James Larnerd.

DATED this 30th day of January, 2020.

_____
Martin C. Carlson
United States Magistrate Judge