Page <u>1</u> of <u>1</u>

**EXHIBIT LIST**

**JUDGE WILSON**                                                           CASE NUMBER: <u>1:20-CR-000010</u>

| Govt | Defendant | Description of Item | Identified | Ruling | Witness | |
|---|---|---|---|---|---|---|
| 1 | | Application for Search Warrant w/ Affidavit of Probable Cause | Y | Admitted | John Houser | |
| | A | Application for Search Warrant w/ Affidavit of Probable Cause | Y | Admitted | John Houser | |
| | B | Incident Report | Y | Admitted | John Houser | |
| | C | Police Complaint – Middletown – Erma Williams | Y | Admitted | John Houser | |
| | D | Lab Report | Y | Admitted | John Houser | |
| | E | Erma Williams hand written statement | Y | Admitted | John Houser | |
| | F | Dauphin County Docket Sheet for Erma Williams | Y | Admitted | John Houser | |
| | G | York County Docket Sheet for Erma Williams | Y | Admitted | John Houser | |
| | H | Dauphin County Docket Sheet for Erma Williams | Y | Admitted | John Houser | |