# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-0010 |
| | : | |
| v. | : | |
| | : | |
| JAMES LARNERD and REBECCA SWIFT | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of January, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion to suppress evidence to filed by Defendant James Larnerd, Doc. 46, is **DENIED**.

2. The motion to suppress evidence filed by Defendant Rebecca Swift, Doc. 56, is **DENIED**.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania