UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                 NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                       DATE: MARCH 17, 2021

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Search warrant photograph of pipe | | | | |
| 2 | | Search warrant photograph of marijuana | | | | |
| 3 | | Search warrant photograph of packaging material | | | | |
| 4 | | Search warrant photograph of pills | | | | |
| 5 | | Search warrant photograph of phone | | | | |
| 6 | | Search warrant photograph of phone | | | | |
| 7 | | Search warrant photograph of phone | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                          NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                      DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | | Search warrant photograph of front of 327 Quittapahilia Drive | | | | |
| 9 | | Search warrant photograph of front of 327 Quittapahilia Drive close-up | | | | |
| 10 | | Search warrant photograph of side of 327 Quittapahilia Drive | | | | |
| 11 | | Search warrant photograph of kitchen | | | | |
| 12 | | Search warrant photograph of kitchen | | | | |
| 13 | | Search warrant photograph of pantry | | | | |
| 14 | | Search warrant photograph of pantry close-up | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON  NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA  DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | | Search warrant photograph of living room | | | | |
| 16 | | Search warrant photograph of bathroom | | | | |
| 17 | | Search warrant photograph of bathroom | | | | |
| 18 | | Search warrant photograph of utility room | | | | |
| 19 | | Search warrant photograph of bedroom | | | | |
| 20 | | Search warrant photograph of bedroom | | | | |
| 21 | | Search warrant photograph of living room | | | | |
| 22 | | Search warrant photograph of living room | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                 NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                           DATE: MARCH 17, 2021

| 23 | | Search warrant photograph of bedroom | | | | |
|---|---|---|---|---|---|---|
| 24 | | Search warrant photograph of bedroom | | | | |
| 25 | | Search warrant photograph of bedroom | | | | |
| 26 | | Search warrant photograph of bedroom | | | | |
| 27 | | Search warrant photograph of bedroom | | | | |
| 28 | | Search warrant photograph of basement | | | | |
| 29 | | Search warrant photograph of basement | | | | |
| 30 | | Search warrant photograph of blue desk | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                        NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                     DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | | Search warrant photograph of jar containing bag | | | | |
| 32 | | Search warrant photograph of desk drawer | | | | |
| 33 | | Search warrant photograph of desk drawer | | | | |
| 34 | | Search warrant photograph of desk drawer | | | | |
| 35 | | Search warrant photograph of water bottle | | | | |
| 36 | | Search warrant photograph of water bottle | | | | |
| 37 | | Search warrant photograph of shelf | | | | |
| 38 | | Search warrant photograph of shelf | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                 NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                      DATE: MARCH 17, 2021

| 39 | | Search warrant photograph of unused baggies in drawer | | | | |
|----|--|------------------------------------------------------|--|--|--|--|
| 40 | | Search warrant photograph of yellow bags | | | | |
| 41 | | Search warrant photograph of yellow bags | | | | |
| 42 | | Search warrant photograph of toolbox | | | | |
| 43 | | Search warrant photograph of container in toolbox | | | | |
| 44 | | Search warrant photograph of laptop | | | | |
| 45 | | Search warrant photograph of laptop | | | | |
| 46 | | Search warrant photograph of blue container | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON								NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA						DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | | Search warrant photograph of laptop | | | | |
| 48 | | Search warrant photograph of closet | | | | |
| 49 | | Search warrant photograph of closet | | | | |
| 50 | | Search warrant photograph of cell phone | | | | |
| 51 | | Search warrant photograph of closet shelf | | | | |
| 52 | | Search warrant photograph of gun box | | | | |
| 53 | | Search warrant photograph of gun box | | | | |
| 54 | | Search warrant photograph of gun box | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                 NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                                  DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | | Search warrant photograph of gun magazine | | | | |
| 56 | | Search warrant photograph of white box | | | | |
| 57 | | Search warrant photograph of white box | | | | |
| 58 | | Search warrant photograph of HI-POINT Firearms receipt | | | | |
| 59 | | Search warrant photograph of HI-POINT Firearms receipt | | | | |
| 60 | | Search warrant photograph of plate in drawer | | | | |
| 61 | | Search warrant photograph of plate in drawer | | | | |
| 62 | | Search warrant photograph of plate in drawer close-up | | | | |

# UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. JAMES LARNERD

JUDGE WILSON                                                           NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                              DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | | Search warrant photograph of plate in drawer | | | | |
| 64 | | Search warrant photograph of firearm | | | | |
| 65 | | Search warrant photograph of packaging materials in drawer | | | | |
| 66 | | Search warrant photograph of firearm, magazine and bullet | | | | |
| 67 | | Search warrant photograph of drawer close-up | | | | |
| 68 | | Search warrant photograph of drawer | | | | |
| 69 | | Search warrant photograph of bag and container | | | | |
| 70 | | Search warrant photograph of nightstand | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                 NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                                DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | | Search warrant photograph of nightstand drawer | | | | |
| 72 | | Search warrant photograph of nightstand drawer | | | | |
| 73 | | Search warrant photograph of nightstand | | | | |
| 74 | | Search warrant photograph of phones on the floor | | | | |
| 75 | | Search warrant photograph of black storage box | | | | |
| 76 | | Search warrant photograph of cigar package in box | | | | |
| 77 | | Search warrant photograph of Dell laptop | | | | |
| 78 | | Search warrant photograph of Toshiba laptop | | | | |

# UNITED STATES' LIST OF EXHIBITS

### UNITED STATES v. JAMES LARNERD

JUDGE WILSON                                                            NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                         DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | | Search warrant photograph of Ipad | | | | |
| 80 | | Search warrant photograph of laptop | | | | |
| 81 | | Search warrant photograph of pouch and Steelers container | | | | |
| 82 | | Search warrant photograph of bag of marijuana | | | | |
| 83 | | Search warrant photograph of bag of marijuana | | | | |
| 84 | | Search warrant photograph of pill | | | | |
| 85 | | Search warrant photograph of pill | | | | |
| 86 | | Search warrant photograph of Ziplock bag | | | | |

## UNITED STATES' LIST OF EXHIBITS

### UNITED STATES v. JAMES LARNERD

JUDGE WILSON                                                NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                             DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 87 | | Search warrant photograph of black box | | | | |
| 88 | | Search warrant photograph of black boxes and multiple bags | | | | |
| 89 | | Search warrant photograph of phones and tablet | | | | |
| 90 | | Search warrant photograph of Apple bags | | | | |
| 91 | | Search warrant photograph of tablets | | | | |
| 92 | | Search warrant photograph of firearm, magazines and ammunition | | | | |
| 93 | | Search warrant photograph of firearm and ammunition in box | | | | |

UNITED STATES' LIST OF EXHIBITS

**UNITED STATES v. JAMES LARNERD**

JUDGE WILSON                                                                                   NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                                        DATE: MARCH 17, 2021

| 94 | | Search warrant photograph of US currency | | | | |
|---|---|---|---|---|---|---|
| 95 | | Search warrant photograph of phone and pipes | | | | |
| 96 | | Rebecca Swift handwritten statement | | | | |
| 97 | | Erma Williams handwritten statement | | | | |
| 98 | | Jujuan Hill handwritten statement | | | | |
| 99 | | Firearm Transaction Record from April 16, 2019 | | | | |
| 100 | | Firearm Transaction Record from April 25, 2019 | | | | |
| 101 | | Bag of Methamphetamine | | | | |

# UNITED STATES' LIST OF EXHIBITS

### UNITED STATES v. JAMES LARNERD

JUDGE WILSON                                                                                NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                                  DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 102 | | Two bags of Methamphetamine and one bag of a powder substance | | | | |
| 103 | | Various baggies | | | | |
| 104 | | Highpoint C9 Luger handgun, S/N P10044713 | | | | |
| 105 | | Highpoint Model CF380 ACP handgun, S/N P8167295 | | | | |
| 106 | | $324 US Currency | | | | |
| 107 | | Box of baggies | | | | |
| 108 | | Box containing scale and baggies | | | | |

# UNITED STATES' LIST OF EXHIBITS

## UNITED STATES v. JAMES LARNERD

JUDGE WILSON                                                          NO. 1:20-CR-10

MIDDLE DISTRICT OF PENNSYLVANIA                                       DATE: MARCH 17, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | | Firearms Stipulation | | | | |
| 110 | | Stipulation to prior felony conviction | | | | |
| 111 | | Controlled substance stipulation | | | | |
| 112 | | PENNDOT photo of James Larnerd | | | | |
| 113 | | PENNDOT photo of Rebecca Swift | | | | |