IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:20-CR-10 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JAMES LARNERD | : | Electronically filed |

## **JOINT VOIR DIRE STATEMENT**

AND NOW, this 18th day of March, 2021, come Defendant James Larnerd, by counsel, William A. Fetterhoff, Esq., with Assistant U.S. Attorney Johnny Baer, and jointly present the following brief description of the case for the general orientation of prospective jurors:

The broad allegations of the Indictment against James Larnerd in this case are that from approximately November, 2018 through June 4, 2019 Mr. Larnerd lived in a house at 327 Quittapahilla Drive in North Cornwall Township, Lebanon County, Pennsylvania. Also resident in the same house were Rebecca Swift, Dusty Ryan Shutter, and Felicia Ann Revely. During that period Mr. Larnerd is alleged by the Government to have used the residence for the purpose of unlawfully possessing with intent to distribute and distributing Methamphetamine, a controlled substance. The Indictment also alleges that from approximately April 25, 2019 through June 4, 2019 Mr. Larnerd had unlawful possession of two firearms.

This is only a very brief summary of the charges by the Government against Mr. Larnerd. Nothing I have said to you should be regarded as evidence of the facts. The facts and details of the case will be presented to you during the trial through the testimony of witnesses and other evidence.

                Respectfully submitted,

                */s/ William A. Fetterhoff*
                William A. Fetterhoff, Esq.
                Myers Brier & Kelly
                240 North Third Street
                Suite 501
                Harrisburg, PA 17101
                E-mail: wfetterhoff@live.com
                Telephone: (717) 856-7421

## **CERTIFICATE OF CONCURRENCE**

Assistant U.S. Attorney Johnny Baer concurs in this Joint Voir Dire Statement.

March 18, 2021                                                    */s/ Willaim A. Fetterhoff*
                                                                           William A. Fetterhoff, Esq.
                                                                           Myers Brier & Kelly
                                                                           240 North Third Street
                                                                           Suite 501
                                                                           Harrisburg, PA 17101
                                                                           E-mail: wfetterhoff@live.com
                                                                           Telephone: (717) 856-7421

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was electronically served on the individual listed below on the date indicated.

                Johnny Baer, Esq.
                Assistant U.S. Attorney
                Federal Building
                Third and Locust Streets
                Harrisburg, PA 17101
                E-mail: john.c.baer@usdoj.gov
                Telephone: (717) 221-4482

March 18, 2021                                            */s/ Willaim A. Fetterhoff*
                                                                   William A. Fetterhoff, Esq.
                                                                   Myers Brier & Kelly
                                                                   240 North Third Street
                                                                   Suite 501
                                                                   Harrisburg, PA 17101
                                                                   E-mail: wfetterhoff@live.com
                                                                   Telephone: (717) 856-7421