# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-00010-01 |
| | : | |
| v. | : | |
| | : | |
| JAMES LARNERD, | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 4th day of June, 2021, at the request of the probation officer, the court has granted an extension of the pre-sentence report deadline. Therefore, **IT IS ORDERED AS FOLLOWS:**

1. The presentence conference scheduled for July 30, 2021 is **CONTINUED** to **September 21, 2021, at 11:00 a.m.**, to be held via telephone. The parties shall call-in to the conference call number provided by the court via e-mail.

2. The probation officer shall complete the presentence report no later than **September 1, 2021**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania