# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-00010-01 |
| v. | : | |
| JAMES LARNERD, | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of August, 2021, upon consideration of the unopposed motion to withdraw as attorney, Doc. 139, **IT IS ORDERED THAT** the motion is **GRANTED**. Attorney William A. Fetterhoff, Esq. is **WITHDRAWN** from this matter. Attorney Lori Ulrich, Esq., Office of the Federal Public Defender, 100 Chestnut Street, Harrisburg, Pennsylvania 17101 is **APPOINTED** as counsel for Defendant, James Larnerd. Attorney Fetterhoff shall coordinate with the Assistant United States Attorney Baer and Attorney Ulrich to transfer the case file.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania